# United States District Court
## Middle District of Louisiana

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>GREGORY LAMONT CATO<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Criminal Number: 3:04CR00153-FJP-003<br>USM Number:<br><br>Joseph Edwin Blackwell, Esq.<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔] admitted guilt to violation of condition(s) <u>No. 1; Mandatory Condition</u> of the term of supervision.
[ ] was found in violation of condition(s) ___ after denial of guilt.

The defendat is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through <u>4</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

2/23/2012
Date of Imposition of Sentence

_[signature]_
Signature of Judicial Officer

FRANK J. POLOZOLA, United States District Judge
Name & Title of Judicial Officer

March 7, 2012
Date

USAtty

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | The defendant shall not commit another federal, state, or local crime. | 8/25/2011 |
|   | On August 25, 2011, an indictment was filed in the Middle District of Louisiana, under docket number 11-97-JJB-SCR, charging Cato with two counts of distribution of cocaine base. On September 14, 2011, Cato was arrested on these charges and was convicted pursuant to his plea on November 1, 2011. His sentencing is pending. | |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 36 months.

The term of imprisonment by this judgment shall run consecutively with the defendant's term of imprisonment pursuant to the judgment in docket number 11-97-JJB-SCR, United States District Court, Louisiana Middle District, Baton Rouge, Louisiana.

[ ]     The court makes the following recommendations to the Bureau of Prisons:

[✔]     The defendant is remanded to the custody of the United States Marshal.

[ ]     The defendant shall surrender to the United States Marshal for this district.
        [ ] at ___ on ___.
        [ ] as notified by the United States Marshal.

[ ]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
        [ ] before _ on ___.
        [ ] as notified by the United States Marshal.
        [ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____
_____
_____

    Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

                                      _____
                                           UNITED STATES MARSHAL

                          By    _____
                                           Deputy U.S. Marshal